IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Criminal Action No. 02-cr-00565-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FELIX J. CERVANTES,

    Defendant.

_____

**MINUTE ORDER**
_____

SENIOR JUDGE WALKER D. MILLER

    A hearing on Violation of Supervised Release will be held **May 19, 2009, at 10:00 a.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.

    DATED at Denver, Colorado, on March 13, 2009.

                                            BY THE COURT:

                                            s/ Walker D. Miller
                                            United States Senior District Judge